UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GINA M. DIXON,                                              CASE NO.: 6:21-cv-00380-PGB-DCI

       PLAINTIFF,

 V.

ORLANDO DENTAL CENTER, P.A. AND
DR. FIRAS MAROUF, DDS.

       DEFENDANT.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties have reached a resolution in above referenced action. Pursuant to

Federal Rule of Civil Procedure 41(a)(1), by and through her undersigned counsel, Plaintiff

hereby provides notice of dismissing this action without prejudice.

Respectfully submitted: this 28th Day of December,

/s/ Frank M. Malatesta, Esq.
FRANK MALATESTA, ESQUIRE
Florida Bar No.: 97080
Malatesta Law Office
871 Venetia Bay Blvd.
Suite 235
Venice, FL 34285
Phone: (941) 256-3812
Fax: (888) 501-3865
frank@malatestalawoffice.com
staff@malatestalawoffice.com

1