UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GINA M. DIXON,

    Plaintiff,

vs.                                                      CASE NO.: 6:21-cv-380-Orl

ORLANDO DENTAL CENTER, P.A. and
DR. FIRAS MAROUF, DDS,

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed with prejudice pursuant to Florida Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

    Dated this 3rd day of January, 2022.

| | |
|---|---|
| /s/ Frank M. Malatesta | */s/ Andrea L. Diederich* |
| Frank M. Malatesta, Esq. | Andrea L. Diederich, Esq. |
| Florida Bar No: 0097080 | Florida Bar No. 52301 |
| MALATESTA LAW OFFICE | Marshall, Dennehey, Warner, |
| 871 Venetia Bay Boulevard, Ste 235 | Coleman & Goggin |
| Venice, Florida  34285 | 315 East Robinson Street, Ste 550 |
| Telephone: (941) 256-3812 | Orlando, Florida 32801 |
| Fax:  (888) 501-3865 | Telephone: (407) 420-4404 |
| Email: Frank@malatestalawoffice.com | Fax:  (407) 839-3008 |
| *Counsel for Plaintiff* | Email: aldiederich@mdwcg.com |
| | *Counsel for Defendants* |

LEGAL/143333495.v1