# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**GINA M DIXON,**

        **Plaintiff,**

v.                                                   Case No: 6:21-cv-380-PGB-DCI

**FIRAS MAROUF and ORLANDO DENTAL CENTER, P.A.,**

        **Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal, filed January 3, 2022. (Doc. 31). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Firas Marouf and Orlando Dental Center, P.A., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 4, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties